## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Sharon Klein, certify that:

1. I am a trustee of the Plaintiff, Astor BK Realty Trust, and I have reviewed the complaint and authorized its filing by Levi & Korsinsky, LLP.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Beckman Coulter securities which are the subject of this litigation during the class period set forth in the complaint are as follows:

| Security | Date of Transaction | Number of Shares Purchased or Sold | Cost |
|---|---|---|---|
| Beckman Coulter | 12/31/2010 | 6,000 | $76.6/sh |
| Beckman Coulter | | | |

5. Within the last 3 years, I have not served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class, except to receive my pro rata share of any recovery or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Dated: February 22, 2011

*Sharon Klein* (signature)
Sharon Klein